UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| STEPHANIE BURNSIDE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| MARTIN O'MALLEY, ) | 5:24-CV-360-BO-KS |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

**This judgment filed and entered on January 8, 2025, and served on:**
Derrick Arrowood (via CM/ECF NEF)
Cathleen McNulty (via CM/ECF NEF)
Sarah Hibbert (via CM/ECF NEF)
Wanda Mason (via CM/ECF NEF)

PETER A. MOORE, JR., CLERK

January 8, 2025

/s/ Lindsay Stouch
By: Deputy Clerk