UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| New York Life Insurance Company,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Karen Henderson and Danielle Crisafulli,<br><br>　　　　　Defendants. | C.A. No.: 5:24-cv-00385 |

## ORDER GRANTING CONSENT ORDER FOR DISMISSAL, DISCHARGE, AND DISBURSEMENT

**BEFORE THIS COURT** is New York Life Insurance Company's ("New York Life") Consent Motion for Dismissal, Discharge, and Disbursement, filed with the consent of Karen Henderson and Danielle Crisafulli. For good cause shown, the Motion is hereby **GRANTED**.

It is **ORDERED** that the Clerk disburse $4,000.00 to New York Life Insurance Company, to be deducted from the $104,180.59 deposited in the Court's Registry. The check shall be mailed as follows:

> Donna O. Tillis
> Nelson Mullins Riley & Scarborough
> 1320 Main Street, 17th Floor
> Columbia, South Carolina 29201

It is further **ORDERED** that the Clerk disburse the remaining deposited funds to Baddour, Parker, Hine & Hale, P.C., counsel for Karen Henderson;

It is further **ORDERED** that Philip A. Baddour, Jr. of Baddour, Parker, Hine & Hale, P.C. shall distribute the funds in accordance with the settlement agreement that Karen Henderson entered into with Danielle Crisafulli in this matter;

It is further **ORDERED** that Defendants, and their heirs, assignees, and the like, are hereby enjoined from instituting or prosecuting any claims or actions against New York Life in any forum seeking payment of the death benefit or payment related to the subject policy; and

It is further **ORDERED** that upon distribution of the deposited funds, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Done this  21  day of  April , 2025.

_____
**TERRENCE W. BOYLE**
**UNITED STATES DISTRICT JUDGE**